DAN S. O'LEARY, Respondent, *v.* HEARST MAGAZINES, INC., Appellant.

Argued January 5, 1939; decided February 21, 1939.

*Robert T. Dwyer* and *David H. Shearer* for appellant.
*Everette H. Hunt* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN, J.